IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Criminal Action No. 05- 94 |
| KEVIN L. BELL, | ) |
| Defendant. | ) |

REDACTED

### INDICTMENT

The Grand Jury for the District of Delaware charges that:

### COUNT ONE

On or about August 11, 2005, in or near Wilmington, in the State and District of Delaware, Kevin L. Bell, Defendant herein, did knowingly possess in and affecting interstate and foreign commerce, a firearm, that is, a Bersa, Model Thunder, .380 caliber handgun, with an obliterated serial number, after having been convicted on or about January 6, 2004, of a crime punishable by imprisonment for a term exceeding one year, in the Superior Court in and for New Castle County, Delaware, in violation of Title 18, United States Code, Sections 922(g)(1) & 924(a)(2).

A TRUE BILL:

Foreperson

COLM F. CONNOLLY
UNITED STATES ATTORNEY

By: _/s/ Christopher J. Burke_
Christopher J. Burke
Assistant United States Attorney

Dated: October 25, 2005

FILED
OCT 25 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE