IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,

        Plaintiff,

   v.                              Criminal Action No. 05-94

KEVIN L. BELL,

        Defendant.

## MOTION AND ORDER FOR ARREST WARRANT

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Christopher J. Burke, Assistant United States Attorney for the District of Delaware, hereby moves this Honorable Court for the issuance of an arrest warrant against the Defendant, Kevin L. Bell, pursuant to an Indictment returned against him by the Federal Grand Jury on October 25, 2005.

                                                  COLM F. CONNOLLY
                                                 United States Attorney

                                BY:   /s/ Christopher J. Burke
                                                 Christopher J. Burke
                                                 Assistant United States Attorney

Dated: October 25, 2005

AND NOW, this ___25___ day of ___October___, 2005, based upon the foregoing Motion,

**IT IS ORDERED** that an arrest warrant be issued for the arrest and apprehension of Kevin L. Bell.

_____
HONORABLE MARY PAT THYNGE
United States Magistrate Judge