IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>    v.<br><br>KEVIN L. BELL,<br>    Defendant. | §<br>§<br>§<br>§<br>§<br>§ | CRIMINAL ACTION NO. 05-94-UNA |

### WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:  DAVID W. THOMAS, UNITED STATES MARSHAL, DISTRICT OF DELAWARE, WARDEN OF SUSSEX CORRECTIONAL INSTITUTION, WILMINGTON, DELAWARE

GREETINGS:

We command you that you do forthwith deliver and turn over to the United States Marshal for the District of Delaware, the body of the said **KEVIN L. BELL** who is now detained and imprisoned in the SUSSEX CORRECTIONAL INSTIRUTION and who is a defendant in the above-entitled cause, in which cause the said **KEVIN L. BELL** was charged with a violation of 18 U.S.C. SECTION 922(g)(1)  for an **INITIAL APPEARANCE ON NOVEMBER 10, 2005 AT 1:00 PM** and to remain in the custody of the United States Marshal until the conclusion of the of the federal charges as the court may direct.

And have you then and there this writ.

To the Marshal of the District of Delaware to execute.
WITNESS the Honorable Mary Pat Thynge, Magistrate  Judge of the District Court of the United States for the District of Delaware, this 27th day of October 2005.

PETER T. DALLEO, CLERK

By: _____
    Deputy Clerk



FILED
OCT 31 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE