Filed In open court 11/17/05

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,          :
                                   :
    Plaintiff,                     :
                                   :
    v.                             :    Crim. Act. No. 05-94-GMS
                                   :
KEVIN L. BELL,                     :
                                   :
    Defendant.                     :

## MOTION FOR DETENTION HEARING

**NOW COMES** the United States and moves for the pretrial detention of the defendant, pursuant to 18 U.S.C. § 3142(e) and (f). In support of the motion, the United States alleges the following:

1. **Eligibility of Case**. This case is eligible for a detention order because case involves (**check all that apply**):

    _X_   Crime of violence (18 U.S.C. § 3156)

    ____  Maximum sentence life imprisonment or death

    ____  10+ year drug offense

    ____  Felony, with two prior convictions in above categories

    _X_   Serious risk defendant will flee

    ____  Serious risk obstruction of justice

2. **Reason For Detention**. The court should detain defendant because there are no conditions of release which will reasonably assure (**check one or both**):

    _X_   Defendant's appearance as required

    _X_   Safety of any other person and the community

      3. **Rebuttable Presumption**. The United States WILL NOT invoke the rebuttable presumption against defendant under § 3142(e).  (If yes) The presumption applies because (**check one or both**):

      \_\_\_ Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. § 924(c)

      \_\_\_ Previous conviction for "eligible" offense committed while on pretrial bond

      4. **Time For Detention Hearing**. The United States requests the court conduct the detention hearing,

      \_\_\_ At first appearance

      _X_ After continuance of _3_ days (not more than 3).

      5. **Temporary Detention**. The United States request the temporary detention of the defendant for a period of _____ days (not more than 10) so that the appropriate officials can be notified since (**check 1 or 2, and 3**):

      1. At the time the offense was committed the defendant was:

      \_\_\_ (a) on release pending trial for a felony;

      \_\_\_ (b) on release pending imposition or execution of sentence, appeal of sentence or conviction, or completion of sentence for an offense;

      \_\_\_ (c) on probation or parole for an offense.

      \_\_\_ 2. The defendant is not a citizen of the U.S. or lawfully admitted for permanent residence.

      \_\_\_ 3. The defendant may flee or pose a danger to any other person or the community.

6. **Other Matters**.

_____

_____

DATED this __17th__ day of __November__, 2005.

                Respectfully submitted,

                COLM F. CONNOLLY
                United States Attorney

BY: _/s/ Christopher J. Burke_
                Christopher J. Burke
                Assistant United States Attorney