*FILED IN OPEN COURT*
*11/22/06 KMC.*

UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,            )
                                     )
            Plaintiff,               )
                                     )
                                     )    CASE NO. *CR05-94-GMS*
      vs.                            )
                                     )
*KEVIN BELL*                         )
                                     )
            Defendant.               )

## O R D E R

The defendant, upon entering a plea of not guilty to the Indictment on *November 22, 2005* requested, through counsel, additional time to file pretrial motions.  The Court having considered the request,  it is **ORDERED** that the deadline for the defendant to file pretrial motions is extended until *January 10, 2006* The time between the date of this order and *January 10, 2006* shall be excludable under the Speedy Trial Act ( 18 U.S.C.3161,et seq.).

_____
Honorable Mary Pat Thynge
U.S. Magistrate Judge

cc: Defense Counsel
    United States Attorney

**FILED**

NOV 2 2 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE