IN THE UNITED STATE DISTRICT COURT

IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATE OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Action No. 05-94-GMS |
| | ) | |
| KEVIN BELL | ) | |

To: Christopher J. Burke
    Assistant United States Attorney
    U.S. Department of Justice
    1007 N. Orange Street, Suite 700
    P.O. Box 2046
    Wilmington, DE 19899-2046

Kevin Bell, Inmate
Salem County Jail
125 Cemetery Road
Woodstown, NY 08098

## NOTICE OF MOTION

PLEASE TAKE NOTICE that this within Motion to Withdraw will be presented to this Court at its earliest convenience.

/s/ Natalie S. Woloshin
NATALIE S. WOLOSHIN, ESQUIRE (#3448)
Woloshin, Lynch, Natalie & Gagne, P.A.
3200 Concord Pike
Wilmington, DE 19803-7329
Attorney for Defendant

Dated: January 9, 2006

IN THE UNITED STATE DISTRICT COURT

IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATE OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Action No. 05-94-GMS |
| | ) | |
| KEVIN BELL | ) | |

## MOTION TO WITHDRAW

**COMES NOW**, for the defendant Natalie S. Woloshin, Esquire who respectfully moves this Honorable Court for an Order allowing her to withdraw as counsel for the defendant in connection with the above-entitled matter for the following reasons:

1. I entered my appearance for the defendant on November 17, 2005 and have continuously represented him since that date.

2. Counsel and Mr. Bell have communication difficulties and differences so as to render the relevant attorney-client relationship unfavorable.

3. Defendant has failed to settle his outstanding payment obligations to this office.

4. Defendant has made no effort to satisfy his outstanding bill with my office.

5. Defendant has been advised to contact the Federal Public Defender's Office immediately and has been provided the office's contact information.

**WHEREFORE**, Counsel for the Defendant respectfully requests that this Court permit me to withdraw as the defendant's attorney in this matter.

        /s/ Natalie S. Woloshin
NATALIE S. WOLOSHIN, ESQUIRE (#3448)
Woloshin, Lynch, Natalie & Gagne, P.A.
3200 Concord Pike
Wilmington, DE 19803-7329
Attorney for Defendant

Dated:   January 9, 2006

IN THE UNITED STATE DISTRICT COURT

IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATE OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | Criminal Action No. 05-94-GMS |
| ) | |
| ) | |
| KEVIN BELL ) | |

## ORDER

AND NOW, TO-WIT , THIS _____ DAY OF _____, 2006, the foregoing Motion having been heard and considered,

IT IS HEREBY ORDERED as follows:

_____

_____

_____

_____
Judge

## AFFIDAVIT OF MAILING

STATE OF DELAWARE :
: SS.
NEW CASTLE COUNTY :

**BE IT REMEMBERED** that on this <u>9th</u> day of January, 2006, personally appeared before me, a Notary Public for the State and County aforesaid, the Subscriber, Valerie Davis known to me to be such, who deposes and says that she is a legal assistant in the firm of **WOLOSHIN, LYNCH, NATALIE & GAGNE**, P.A., attorneys in the above-entitled action and she caused to be MAILED two (2) copies of the **MOTION TO WITHDRAW** to:

Christopher J. Burke
Assistant United States Attorney
U.S. Department of Justice
1007 N. Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE 19899-2046

Kevin Bell, Inmate
Salem County Jail
125 Cemetery Road
Woodstown, NY 08098

/s/ Valerie Davis
Valerie Davis