IN THE UNITED STATE DISTRICT COURT

IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATE OF AMERICA )<br>)<br>)<br>v.                                                      )           Criminal Action No.  05-94-GMS<br>)<br>)<br>KEVIN BELL                              ) | |

To:   Christopher J. Burke
      Assistant United States Attorney
      U.S. Department of Justice
      1007 N. Orange Street, Suite 700
      P.O. Box 2046
      Wilmington, DE 19899-2046

      Kevin Bell, Inmate
      Salem County Jail
      125 Cemetery Road
      Woodstown, NY  08098

### NOTICE OF MOTION

PLEASE TAKE NOTICE that this within Motion to Extend Time will be presented to this Court at its earliest convenience.

                              /s/ Natalie S. Woloshin
                              NATALIE S. WOLOSHIN, ESQUIRE (#3448)
                              Woloshin, Lynch, Natalie & Gagne, P.A.
                              3200 Concord Pike
                              Wilmington, DE 19803-7329
                              Attorney for Defendant

Dated:   January 9, 2006

IN THE UNITED STATE DISTRICT COURT

IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATE OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Action No. 05-94-GMS |
| | ) | |
| KEVIN BELL | ) | |

## MOTION TO EXTEND TIME

**COMES NOW,** for the defendant Natalie S. Woloshin, Esquire who respectfully moves this Honorable Court for an Order extending the time for the filing of pretrial motions for an additional thirty (30) for the defendant in connection with the above-entitled matter for the following reasons:

1. I entered my appearance for the defendant on November 17, 2005 and have continuously represented him since that date.

2. The Court set January 10, 2006 as the deadline to file pre-trial motions.

3. Counsel attempted to resolve the case through plea negotiations with the Government.

4. A Motion to Withdraw has been filed and is currently pending before this Court.

5. Defendant has been advised to contact the Federal Public Defender's Office immediately, and has been provided the office's contact information.

6. Counsel has spoken to Christopher J. Burke, Assistant United States Attorney, who has no opposition to defendant's request.

**WHEREFORE**, Counsel for the Defendant respectfully requests that this Court extend the time for the filing of pretrial motions for thirty (30) days until February 10, 2006.

/s/ Natalie S. Woloshin
NATALIE S. WOLOSHIN, ESQUIRE (#3448)
Woloshin, Lynch, Natalie & Gagne, P.A.
3200 Concord Pike
Wilmington, DE 19803-7329
Attorney for Defendant

Dated: January 9, 2006

IN THE UNITED STATE DISTRICT COURT

IN AND FOR THE DISTRICT OF DELAWARE

| UNITED STATE OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Criminal Action No. 05-94-GMS |
| | ) | |
| KEVIN BELL | ) | |

## ORDER

AND NOW, TO-WIT , THIS _____ DAY OF _____, 2006, the foregoing Motion having been heard and considered,

IT IS HEREBY ORDERED as follows:

_____

_____

_____

_____
Judge

**AFFIDAVIT OF MAILING**

STATE OF DELAWARE    :
                     :  SS.
NEW CASTLE COUNTY    :

**BE IT REMEMBERED** that on this 9th day of January, 2006, personally appeared before me, a Notary Public for the State and County aforesaid, the Subscriber, Valerie Davis known to me to be such, who deposes and says that she is a legal assistant in the firm of **WOLOSHIN, LYNCH, NATALIE & GAGNE**, P.A., attorneys in the above-entitled action and she caused to be MAILED two (2) copies of the **MOTION TO EXTEND TIME** to:

Christopher J. Burke
Assistant United States Attorney
U.S. Department of Justice
1007 N. Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE 19899-2046

Kevin Bell, Inmate
Salem County Jail
125 Cemetery Road
Woodstown, NY  08098

/s/ Valerie Davis
Valerie Davis