IN THE UNITED STATE DISTRICT COURT

IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATE OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Action No. 05-94-GMS |
| | ) | |
| KEVIN BELL | ) | |

### ORDER

AND NOW, TO-WIT, THIS __13__ DAY OF __January__, 2006, the foregoing Motion having been heard and considered,

IT IS HEREBY ORDERED as follows:

_Defense counsel, Natalie Woloshin, to my motion to withdraw is granted and the Federal Public Defender's Office is hereby appointed_

_____
Judge

FILED
JAN 13 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE