*F̶I̶L̶E̶D̶ OPEN COURT 1/13/06 KJK.*

UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                     )<br>          Plaintiff,                )<br>                                     )<br>                                     ) CASE NO. **CR05-94-GMS**<br>     vs.                             )<br>                                     )<br>  **KEVIN BELL.**                    )<br>                                     )<br>          Defendant.                 ) | |

### O R D E R

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this **13th** day of **January**, 200**6**, ORDERED that **Penny Marshall, Esq.** from the Office of the Federal Public Defender for the District of Delaware is hereby appointed to represent said defendant in the cause until further order of the Court.

*(signed)*
Honorable Mary Pat Thynge
U.S. Magistrate Judge

cc: Federal Public Defender
    First Federal Plaza, Suite# 110
    704 King Street
    Wilmington, DE  19801
    (302) 573-6010

    Defendant
    United States Attorney

FILED
JAN 13 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE