IN THE UNITED STATE DISTRICT COURT

IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATE OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action No. 05-94-GMS |
| ) | |
| KEVIN BELL ) | |

### ORDER

AND NOW, TO-WIT, THIS __13__ DAY OF __January__, 2006, the foregoing Motion having been heard and considered,

IT IS HEREBY ORDERED as follows:

1) M/n to separate order of 1/13/06 extending the due date for pretrial motions to March 10, 2006

_____
Judge

FILED
JAN 13 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE