FILED IN OPEN COURT
1/13/06 KJK

UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>KEVIN BELL.<br><br>    Defendant. | )<br>)<br>)<br>)<br>)  CASE NO. CR05-94-GMS.<br>)<br>)<br>)<br>)<br>) |

O R D E R

The defendant, upon entering a plea of not guilty to the Indictment on November 22, 2005. I has since been requested, through counsel, additional time to file pretrial motions. The Court having considered the request, it is **ORDERED** that the deadline for the defendant to file pretrial motions is extended until March 10, 2006. The time between the date of this order and March 10, 2006 shall be excludable under the Speedy Trial Act ( 18 U.S.C.3161,et seq.).

Date: January 13, 2006

_____
Honorable Mary Pat Thynge
U.S. Magistrate Judge

cc: Defense Counsel
    United States Attorney

FILED
JAN 13 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE