2/10/06

To whom it may concern,

My name is Rashad Salahudini and I am the owner & employer of Rashad's Barbershop located in Wilmington. I have known Kevin Bell since he was a child and I have watched him grow over the years into a decent young man who has made some mistakes in his life. He has also developed a skill in cutting hair and in the event he is released on bond I will take him on as an employer until the disposition of his legal matter.

Thank you for your time and consideration of my letter.

Sincerely,
Rashad Salahuddin

2-9-06

To whom it may concern,

My name is Trina Carter and Kenny Bell is my fiance. I am writing this letter informing you that if he is released he is able to come home to live with me at 500 Homestead Rd Apt A-10, Wilm, De 19805.

*Trina Carter*

Feb. 8, 2006

To Whom It May Concern:

My grandson Kevin Bell, is a kind, and loving person.

He has a daughter whom he needs to be home with, supporting her in everyway possible. Day & night she talks about her dad Kevin Bell.

This letter would not be written if i did not think for one minute that Kevin would not do the right thing if and when he is released.

Talking with him on the phone has let me know that he indeed has changed.

I am not saying these things because he is my grandson and i want him to come home without believing in him, i am saying these things about him because i know him, I would not uphold him in any wrong thoughts about what he will do when he is released, only the positive feelings I have about Kevin, do the right things.

Please release my grandson so that he can be the man he is, and should be in this society.

I thank you for reading this letter, and i pray that he is released.

Thank you
Margaret Bell
A grandmother
who loves her grandson

*Shane Bell*
~~███████~~
*Wilmington, Delaware 19801*
~~███████~~

*January 8, 2006*

*RE: Kevin Bell*

*To whom it may concern*

    *My son Kevin is a very strong willed indivual with nothing but success on his mind. Kevin has always maintained a strong connection his family most importantly his children. Having Kevin home will be a great benefit to the family but a wonderful asset to his children. Kevin has plans after his incarceration to attend school for his engineering degree. Being a firm believer in my children I feel that my child has been rehabilitated where he can face the world with no worries. I believe Kevin has over come so many obstacles in life that the free World is where he belongs. His children await their daddy as I also wait the day of his freedom for my son.*

*Thank you a loving and caring mother,*

*Shane Bell*