IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No.  05-94-GMS |
| | : | |
| | : | |
| KEVIN BELL | : | |
| | : | |
| Defendant. | : | |

**ORDER**

The Court having considered Defendant Kevin Bell's Motion to Suppress and good cause having been shown therefore:

IT IS HEREBY ORDERED this _____ day of _____, 2006 that the evidence seized at the time of the defendant's arrest shall be suppressed.

_____
Honorable Gregory M. Sleet
United States District Court