# FEDERAL PUBLIC DEFENDER
District of Delaware
704 King Street, Suite 110
Wilmington, Delaware 19801
(302) 573-6010   FAX (302) 573-6041

**Penny Marshall**
Federal Public Defender

**Christopher S. Koyste**
Assistant Federal Public Defender

**Eleni Kousoulis**
Assistant Federal Public Defender

**Jonathan Pignoli**
Research and Writing Specialist

March 31, 2006

Honorable Mary Pat Thynge
United States Magistrate Judge
J. Caleb Boggs Federal Building
844 King Street, Sixth Floor
Wilmington, DE 19801

      Re:    **United States v. Kevin Bell**
             **Criminal Action No. 05-94-GMS**

Dear Judge Thynge:

      I am writing with regard to Defendant's Motion for Reconsideration of Bond Status which was filed on February 16, 2006, and which is currently being considered by the Court. In its response to defendant's motion, the government made reference to letters written on behalf on Mr. Bell that were submitted with defendant's motion. The government noted that two of the letters appeared to be written by the same person. See Govt't Response at 6, f.n.4. The letters that the government seems to be addressing are a letter signed by Mr. Bell's wife, Trina Bell, and a letter signed by Mr. Bell's employer, Rashad Salahuddin. Mr. Bell would like the Court to know that the letter signed by Mr. Salahuddin, while it was written by Trina Bell, was dictated to Trina Bell by Mr. Salahuddin and represents Mr. Salahuddin's comments and wishes. Should the Court decide to schedule a hearing on the defendant's motion, Mr. Salahuddin will be available to testify to the accuracy and content of his letter.

      Should Your Honor have any questions, please feel free to contact me.

      Respectfully submitted,

/s/
Eleni Kousoulis, Esquire
Assistant Federal Public Defender
Attorney for Defendant Kevin Bell

cc:    Christopher Burke, AUSA