IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 05-94-GMS |
| KEVIN BELL, | : | |
| Defendant. | : | |

**MOTION FOR CONTINUANCE OF EVIDENTIARY HEARING**

Defendant, Kevin Bell, by and through his undersigned counsel, Eleni Kousoulis, hereby moves this Court for an order re-scheduling the evidentiary hearing in this case. As grounds for this motion, the defense submits as follows:

1. An evidentiary hearing in this matter is currently scheduled for May 23, 2006.

2. The government recently informed defense counsel that one of the officers in this case will not be available on May 23, 2006. Although the government does not plan on calling this officer as a witness during the evidentiary hearing, the defense may wish to call this officer as a defense witness and the defense would like to have this officer available to testify at the evidentiary hearing. Therefore, the defense would request a continuance of the evidentiary hearing in this case to a date and time that this officer is available.

3. Defense counsel has spoken to AUSA Christopher Burke, who is handling the case for the government, and Mr. Burke does not oppose this request for a continuance.

4.	After speaking with the Court's chambers, defense counsel was informed that the Court is available to hold this hearing on June 14, 2006 at 10:00 a.m. All parties and witnesses are available at this date and time.

5.	The parties agree that all time up until the new hearing date will be excludable under the Speedy Trial Act.

WHEREFORE, for all the above reasons, the defense respectfully requests that this Court re-schedule the evidentiary hearing in this matter for June 14, 2006 at 10:00 a.m.

Respectfully Submitted,

/s/
Eleni Kousoulis, Esquire
Assistant Federal Public Defender
704 King Street, Suite 110
Wilmington, Delaware 19801
Attorney for Defendant Kevin Bell

Date: May 11, 2006

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 05-94-GMS |
| | : | |
| | : | |
| KEVIN BELL, | : | |
| | : | |
| Defendant. | : | |

**CERTIFICATE OF SERVICE**

Undersigned counsel certifies that a copy of Defendant Motion for Continuance of Evidentiary Hearing is available for public viewing and downloading and was electronically delivered on May 11, 2006, to:

Christopher Burke, Esquire
Assistant U.S. Attorney
1007 Orange Street
Suite 700, P.O. Box 2046
Wilmington, DE  19899-2046

/s/
Eleni Kousoulis, Esquire
Assistant Federal Public Defender
704 King St., Suite 110
Wilmington, Delaware  19801
Attorney for Defendant Kevin Bell