IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 05-94-GMS |
| KEVIN BELL | : | |
| Defendant. | : | |

### ORDER

The Court having considered Defendant Kevin Bell's Motion For Continuance of Evidentiary Hearing and good cause having been shown therefore:

IT IS HEREBY ORDERED this 15th day of May, 2006 that the Evidentiary Hearing in this case be re-scheduled for the 14th day of June, 2006, at 10:00 am

Honorable Gregory M. Sleet
United States District Court