AO 442 (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

_____ District of _____ DELAWARE

UNITED STATES OF AMERICA

V.

KEVIN BELL

**WARRANT FOR ARREST**

Case Number: CR 05-94-UNA

**REDACTED**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ KEVIN BELL _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment  ☐ Information  ☐ Complain  ☐ Order of court   Violation   Probation Violation Petition

charging him or her   (brief description of offense)

POSSESSION OF A FIREARM BY A FELON

in violation of _____ 18 _____ United States Code, Section(s) _____ 922(g)(1) and 924(a)(2) _____

Peter T. Dalleo
Name of Issuing Officer

By: [signature]; Deputy Clerk
Signature of Issuing Officer

Clerk, United States District Court
Title of Issuing Officer

October 26, 2005 in Wilmington, DE
Date and Location

FILED
MAY 30 2006

Bail fixed at $ _____ by _____
Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant _____

Kevin Bell

| DATE RECEIVED 10/26/05 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| --- | --- | --- |
| DATE OF ARREST 11/17/05 | Toby M. Conrad  DUSM | [signature] Ty M C |