

**U.S. Department of Justice**

*United States Attorney's Office*
*District of Delaware*

*Nemours Building*
*1007 Orange Street, Suite 700*
*P.O. Box 2046*
*Wilmington, Delaware 19899-2046*

*(302) 573-6277*
*FAX (302) 573-6220*

June 14, 2006

**VIA ELECTRONIC FILING**

The Honorable Gregory M. Sleet
United States District Judge
District of Delaware
U.S. Courthouse
844 King Street
Wilmington, DE 19801

    Re:    **United States v. Kevin L. Bell**
             **Criminal Action No. 05-94-GMS**

Dear Judge Sleet:

       The defendant has agreed to change his plea pursuant to the enclosed, unexecuted, Memorandum of Plea Agreement. The parties respectfully request that the Court schedule a Change of Plea hearing in this matter for Monday, June 19, 2006 at 10:00 a.m., a date and time that the parties understand the Court to have tentatively set aside for that purpose. An original, executed Memorandum of Plea Agreement will be submitted at the Change of Plea hearing.

                                            Respectfully submitted,

                                            COLM F. CONNOLLY
                                            United States Attorney

                       BY:        /s/
                                            Christopher J. Burke
                                            Assistant United States Attorney

Enclosure

cc:     Eleni Kousoulis, Esq.
        The Clerk of the Court